KIRK v. R. STANFORD WEBB AGENCY, INC.

No. 405P85.

Case below: 75 N.C. App. 148.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 19 September 1985.

LAWRENCE v. LAWRENCE

No. 439P85.

Case below: 75 N.C. App. 592.

Petition by defendant for discretionary review under G.S. 7A-31 denied 19 September 1985.

LOWDER v. ALL STAR MILLS, INC.

No. 427P85.

Case below: 75 N.C. App. 233.

Petition by several defendants for discretionary review under G.S. 7A-31 denied 19 September 1985. Petition by intervening defendants for discretionary review under G.S. 7A-1 denied 19 September 1985.

McKNIGHT v. CAGLE

No. 504P85.

Case below: 76 N.C. App. 59.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 19 September 1985.

McMILLAN v. SEABOARD COASTLINE R.R.

No. 330P84.

Case below: 68 N.C. App. 162.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 2 October 1984.